UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00046-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | ) **ORDER** |
| **JIMMY WARD** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se motion for sentence reduction pursuant to 18 U.S.C.§ 3582. (Doc. Nos. 25, 26).

Having reviewed Defendant's motion, the Court finds that a response from the Government is needed to fully consider its merits. Thus, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion for sentence reduction within **30 days** of the entry of this order.



Max O. Cogburn Jr
United States District Judge

1